| | | | |
|---|---|---|---|
| Fandray v. Baum | 200 WDA 2016<br>Affirmed | 11/17/2016 | GD 12–015513<br>(Allegheny) |
| Com. v. Siminick | 320 WDA 2016<br>Affirmed | 11/17/2016 | CP–43–CR–0000416–2015<br>(Mercer) |
| Com. v. Fike | 329 WDA 2016<br>Affirmed | 11/17/2016 | CP–26–CR–0002026–2014<br>(Fayette) |
| Com. v. Sullivan | 356 WDA 2016<br>Affirmed | 11/17/2016 | CP–02–CR–0002944–2005<br>(Allegheny) |
| Com. v. Siminick | 487 WDA 2016<br>Affirmed | 11/17/2016 | CP–43–CR–0000416–2015<br>(Mercer) |
| Com. v. Handy | 400 EDA 2015<br>Affirmed | 11/18/2016 | CP–09–CR–0000504–2013<br>(Bucks) |
| Com. v. Robinson | 807 EDA 2015<br>Affirmed | 11/18/2016 | CP–51–CR–0005169–2012<br>(Philadelphia) |
| Com. v. Hickaday | 1726 EDA 2015<br>Affirmed | 11/18/2016 | CP–51–CR–0002566–2014<br>(Philadelphia) |
| Vincenzi v. Morgan [21] | 2108 EDA 2015<br>Affirmed | 11/18/2016 | C–0048–CV–2013–11855<br>(Northampton) |
| Bank of New York v. Comm. Land Title | 2708 EDA 2015<br>Affirmed | 11/18/2016 | June Term, 2014 No. 709<br>(Philadelphia) |
| Com. v. Dunlap | 2991 EDA 2015<br>Affirmed | 11/18/2016 | CP–51–CR–0903240–2006<br>(Philadelphia) |
| Jani v. O'Meara | 3322 EDA 2015<br>Affirmed | 11/18/2016 | 13–8800<br>(Delaware) |
| In the Int. of: R.H. | 3414 EDA 2015<br>Affirmed | 11/18/2016 | CP–51–AP–0000644–2015<br>CP–51–DP–0000831–2010<br>FID: 51–FN–002045–2010<br>(Philadelphia) |
| In the Int. of: R.H. | 3415 EDA 2015<br>Affirmed | 11/18/2016 | CP–51–AP–0000645–2015<br>CP–51–DP–0000832–2010<br>FID: 51–FN–002045–2010<br>(Philadelphia) |

21. Petition for reargument denied January 20, 2017.